Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-mail: tcohen@pottercohenlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BENTELER MARTIN, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: CV 17-08662-RAO <br><br> {~~PROPOSED~~} **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $3,800.00 (Three Thousand Eight Hundred Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: March 26, 2019

_____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

-1-